# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ivey Walker,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10cv166/3:97cr22

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2010 Order.

Signed: April 20, 2010

Frank G. Johns, Clerk
United States District Court